# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Teodoro REMIGIO-Olivera,<br><br>　　　　　　Defendant. | Magistrate Docket No. **25mj0032**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. § 111(a)(1) - Assault on a Federal Officer (Felony)<br><br>Title 8 U.S.C. § 1325 Illegal Entry (Misdemeanor) |

The undersigned complainant being, duly sworn, states:

Count One

On or about January 3, 2025, within the Southern District of California, defendant, Teodoro REMIGIO-Olivera, did intentionally and forcibly assault, a person named in Title 18 United States Code, Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent C. Speziale, with such acts involving pushing, flailing, bucking, elbowing, rolling and swinging at Agent Speziale, while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

Count Two

On or about January 3, 2025, within the Southern District of California, defendant, Teodoro REMIGIO-Olivera, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a Misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 6, 2025.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Teodoro REMIGIO-Olivera**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 3, 2025, Border Patrol Agent C. Speziale was conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 6:09 AM, Agents were notified by Remote Video Surveillance System (RVSS) Operator of a group of six individuals climbing over the primary border fence in an area known to Border Patrol Agents as "Upper and Lower Sony."

Agent Speziale responded to the area and as he was driving he was notified by RVSS to avoid an improvised tire deflation device set by one of the individuals in the group. Agent Speziale swerved to avoid the device. Agent Speziale approached the individuals at the secondary border fence and identified himself as a Border Patrol Agent. Some of the individuals ran back into Mexico. Agent Speziale encountered one individual, later identified as Teodoro REMIGIO-Olivera, and ordered him to get on the ground. As REMIGIO attempted to run Agent Speziale took him to the ground. Agent Speziale ordered REMIGIO to give him his hands. REMIGIO began to push, flail, buck, elbow, roll and swing at Agent Speziale to get away. Agent Speziale then utilized his Taser in an attempt to gain control of REMIGIO's hands, however it failed. Agent Speziale then holstered his Taser and continued to struggle with REMIGIO until he applied pressure points. Agent Speziale handcuffed REMIGIO and performed an immigration inspection. REMIGIO stated he was a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally. At approximately 6:21 AM, Agent Speziale placed REMIGIO under arrest. This area is located approximately 100 yards west of the Otay Mesa, California Port of Entry and approximately 15 yards north of the United States/ Mexico International Boundary.

Agent Speziale was evaluated for injuries at the Chula Vista Border Patrol station by medical staff. Agent Speziale suffered abrasions and soreness to his left forearm and an abrasion to his right wrist.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated

CONTINUATION OF COMPLAINT:
Teodoro REMIGIO-Olivera

that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on January 3, 2025, with an intended destination of California.

**Executed on January 4, 2025 at 11:00 AM.**

*Jason Larson*
Jason Larson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 3, 2025, in violation of 18 USC 111(a)(1) and 8 USC 1325.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

12:58 PM, Jan 4, 2025
Date/Time